UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAWLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UC OFFICE OF THE PRESIDENT,<br><br>　　　　Defendant. | Case No. 15-cv-00809-MEJ<br><br>**ORDER TO SHOW CAUSE** |

　　　　On February 23, 2015, Plaintiff Terry Rawlins filed the instant complaint. To date, Defendant has made no appearance and it is not clear whether service of the summons and complaint has been completed in compliance with Federal Rule of Civil Procedure 4. Further, although there is a Case Management Conference scheduled on May 28, 2015, no joint or separate case management statement was filed by the May 21, 2015 deadline. Accordingly, pursuant to Rule 4(m), the Court ORDERS Plaintiff to show cause, in writing and no later than June 5, 2015, why this case should not be dismissed for failure to prosecute and comply with court deadlines. <u>Notice is hereby provided to Plaintiff that the Court may dismiss this case if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

　　　　The May 28, 2015 Case Management Conference is VACATED.

　　　　**IT IS SO ORDERED.**

Dated: May 22, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY RAWLINS,

    Plaintiff,

v.

UC OFFICE OF THE PRESIDENT,

    Defendant.

Case No.   15-cv-00809-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Rawlins
1 Wood St.
Apt.5
San Francisco, CA 94118

Dated: May 22, 2015

    Richard W. Wieking
    Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES