DELIA A. ISVORANU (Bar No. 226750)
delia.isvoranu@sedgwicklaw.com
**SEDGWICK LLP**
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:     415.781.2635

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAWLINS,<br><br>               Plaintiff,<br><br>v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA,<br><br>               Defendant. | Case No.  C15-00809 MEJ<br><br>**REQUEST TO CONTINUE MAY 28, 2015 CASE MANAGEMENT CONFERENCE;**<br><br>[~~PROPOSED~~] ORDER |

Defendant Regents of the University of California ("Defendant") respectfully requests that the Court briefly continue the May 28, 2015 Case Management Conference ("CMC") by approximately one month.

Although the Complaint was filed on February 23, 2015, Plaintiff did not serve the Complaint until May 1, 2015. Defendant has not appeared in the action and will be filing an Answer today, May 22, 2015.

Because Defendant was not served until May 1, 2015 and has not appeared until today, the parties have not yet had an opportunity to meet and confer, prepare a Joint CMC Statement and Case Plan, or to gather documents and information for purposes of making Initial Disclosures.

///

1    It is therefore respectfully requested that the May 28, 2015 be briefly continued by
2 three to four weeks so the parties may meet and confer, prepare a Joint CMC Statement, and
3 simultaneously exchange Initial Disclosures.

5 DATED: May 22, 2015                    **SEDGWICK LLP**

7                                        By:_____/S/_____
                                             DELIA A. ISVORANU
                                             Attorneys for Defendant
8                                            REGENTS OF THE UNIVERSITY OF
                                             CALIFORNIA (erroneously sued as "REGENTS
9                                            OF UNIVERSITY OF CALIFORNIA")

12                                       **ORDER**

13    GOOD CAUSE APPEARING, it is hereby ordered that the May 28, 2015 Case
14 Management Conference be continued to June 25, 2015, at 10:00 a.m.
The Order to Show Cause is DISCHARGED.
15    **SO ORDERED.**

16    Dated: May 26, 2015

18                                         HON. MARIA-ELENA JAMES

**CERTIFICATE OF SERVICE**
*Terry Rawlins v. Regents of University of California*
**United States District Court, Northern District of California**
**Case No.** C15-00809 MEJ

I, the undersigned, declare:

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 333 Bush Street, 30th Floor, San Francisco, California 94104.

On the date noted below, I served a copy of the within document(s):

- **DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA'S CERTIFICATE OF INTERESTED PARTIES**

|   |   |
|---|---|
|   | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below. |
|   | by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to Federal Express for delivery. |
|   | by causing said document(s) listed above to be personally delivered to the person(s) set forth below. |
|   | by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below in the regular course of business. The documents were served electronically and the transmission was reported as complete and without error. |

Terry Rawlins                                        Plaintiff in Propria Persona
One Wood Street, Apt. 5
San Francisco, CA  94118

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

1  meter date is more than one day after date of deposit for mailing in affidavit.
2        I declare under penalty of perjury under the laws of the State of California that the above
3  is true and correct.
4        Executed on May 22, 2015, at San Francisco, California.

>                          /S/
>                   DELIA A. ISVORANU