UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAWLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>UC OFFICE OF THE PRESIDENT,<br><br>        Defendant. | Case No. 15-cv-00809-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

On June 22, 2015, the Court ordered Plaintiff Terry Rawlins to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Having received Plaintiff's response, that Order is now DISCHARGED.  The Court shall conduct a Case Management Conference on August 20, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a joint case management statement by August 13, 2015.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY RAWLINS,

    Plaintiff,

v.

UC OFFICE OF THE PRESIDENT,

    Defendant.

Case No. 15-cv-00809-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Rawlins
1 Wood St.
Apt.5
San Francisco, CA 94118

Dated: June 30, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES