UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAWLINS,<br><br>            Plaintiff,<br><br>    v.<br><br>UC OFFICE OF THE PRESIDENT,<br><br>            Defendant. | Case No.  15-cv-00809-MEJ<br><br>**ORDER TO FILE STATEMENT RE: IN CHAMBERS MEET AND CONFER AND UPDATED CASE MANAGEMENT STATEMENT** |

On March 7, 2016, the parties attended an in person meet and confer in the undersigned's chambers pursuant to the Court's March 3, 2016 Order regarding various discovery issues, including the matter of scheduling Plaintiff's deposition.  Dkt. No. 27 (March 3 Order); Dkt. No. 26 (Def.'s Mot. to Compel Pl.'s Dep.).  Following the meet and confer, Counsel for Defendant informed Plaintiff and the undersigned's clerk that Defendant would file a statement attesting to the parties' meeting in compliance with the March 3 Order.  The Court hereby **ORDERS** Defendant to file the statement concerning the parties' meet and confer as indicated **by March 11, 2016**.  If still necessary, the parties may file a joint letter concerning any pending discovery disputes in compliance with the Court's Discovery Standing Order.

Additionally, in the March 3 Order, the Court extended the discovery cut-off date, which consequently impacts the remainder of the deadlines in this case.  Given these circumstances, the Court thus **ORDERS** the parties file an updated joint case management statement **by March 23, 2016**.  An example of the joint case management statement is available at http://www.cand.uscourts.gov/civilforms, and a copy of the Standing Order with the "Contents of a Joint Case Management Statement" is included with this Order for any pro se party.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge