UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY RAWLINS,

    Plaintiff,

  v.

UC OFFICE OF THE PRESIDENT,

    Defendant.

Case No. 15-cv-00809-MEJ

**ORDER VACATING DEADLINES AND SETTING ADR SCHEDULE**

On March 9, 2016, the Court ordered the parties to meet and confer and file a revised Case Management Statement by March 23, 2016. Dkt. No. 28. According to Defendant, its counsel has been unable to meet and confer with Plaintiff as ordered. Dkt. No. 30. Consequently, Defendant filed a Case Management Statement outlining is positions on the various case management topics and requesting a two month extension of all deadlines in this case. *Id.*

The Court admonishes Plaintiff of his obligation to follow all Court orders. In the future, failure to comply with Court orders may result in sanctions or even dismissal. In any event, having reviewed Defendant's statement and the record in this case, it appears the parties have not attended mediation as ordered in the initial Case Management Order. *See* Dkt. No. 22. Given these circumstances, the Court **ORDERS** the parties to complete mediation by May 20, 2016. The parties may file a stipulation if they require additional time. Alternatively, if the parties would prefer to attend a settlement conference with another magistrate judge, they shall file a stipulation so indicating by April 13, 2016. No chambers copy is required. All pending deadlines and hearings in this case are hereby **VACATED** except for the discovery cut-off date of May 5, 2016. *See* Dkt. No. 27 (extending discovery until May 5, 2016).

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge