UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY RAWLINS,

        Plaintiff,

   v.

UC OFFICE OF THE PRESIDENT,

        Defendant.

Case No. 15-cv-00809-MEJ (KAW)

**ORDER VACATING MAY 9, 2016 SETTLEMENT CONFERENCE**

On April 26, 2016, the presiding judge ordered that the Federal Pro Bono Project attempt to appoint counsel for pro se Plaintiff Terry Rawlins for the purposes of settlement, temporarily stayed the case, and ordered that the parties attend a settlement conference within 75 days of the appointment of counsel. (Dkt. No. 38.)

Accordingly, the May 9, 2016 settlement conference is VACATED, which means that it will not go forward. The Court will schedule a new settlement conference date once counsel is appointed or upon notification that the Federal Pro Bono Project was unable to secure pro bono counsel.

IT IS SO ORDERED.

Dated: April 28, 2016

KANDIS A. WESTMORE
United States Magistrate Judge