1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY RAWLINS,

          Plaintiff,

    v.

UC OFFICE OF THE PRESIDENT,

          Defendant.

Case No.  15-cv-00809-MEJ

**ORDER APPOINTING COUNSEL**

Re: Dkt. No. 38

Because the Plaintiff Terry Rawlins ("Plaintiff") has requested and is in need of counsel to assist him in this matter, and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dean Royer is hereby appointed as counsel for Plaintiff in this matter.

The scope of this appointment shall be for:

( )    all purposes for the duration of the case

( )    the limited purpose of representing the litigant in the course of

        ( )    mediation

        ( )    early neutral evaluation

        (X)    settlement conference

        ( )    briefing ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

( )    discovery as follows: _____

( )    other: _____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website

**IT IS SO ORDERED.**

Dated: April 28, 2016        _____

                         MARIA-ELENA JAMES
                         United States Magistrate Judge